

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2015

No. 04-15-00241-CV

**IN RE** Deborah Lindsey **PARHAM**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Jason Pulliam, Justice

On April 21, 2015, relator Deborah Lindsey Parham filed a petition for writ of mandamus and motion for emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 21, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21 day of April, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-PC-3933, styled *In the Guardianship of Juanita E. Byrd, An Incapacitated Person*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Kelly M. Cross presiding.